415-15

# ELECTRONIC RECORD

COA # 01-14-00052-CR    OFFENSE: 22.02 (Aggravated Assault)

STYLE: Donta Tremaine Browning v. The State of Texas    COUNTY: Fort Bend

COA DISPOSITION: AFFIRM    TRIAL COURT: 240th District Court

DATE: 02/26/2015    Publish: NO    TC CASE #: 11-DCR-058541

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Donta Tremaine Browning v. The State of Texas    CCA #: 415-15

_____APPELLANT'S_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED_____    JUDGE: _____

DATE: _____06/03/2015_____    SIGNED: _____    PC: _____

JUDGE: _____    PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**